**No. 58089.**—Humble Oil & Refining Co. and W. R. Zanes & Company et al. *v.* United States, protests 187159–K, etc. (Galveston).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of seamless steel casings similar in all material respects to those the subject of *Humble Oil & Refining Co. et al.* v. *United States* (32 Cust. Ct. 32, C. D. 1577), the claim of the plaintiffs was sustained.

**No. 58090.**—Commercial Metals Co. and R. W. Smith et al. *v.* United States, protests 188315–K, etc. (Galveston).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of seamless steel casings similar in all material respects to those the subject of *Humble Oil & Refining Co. et al.* v. *United States* (32 Cust. Ct. 32, C. D. 1577), the claim of the plaintiffs was sustained.

**No. 58091.**—Amerada Petroleum Corp. and Leslie B. Canion et al. *v.* United States, protests 197894–K, etc. (Galveston).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of seamless steel casings similar in all material respects to those the subject of *Humble Oil & Refining Co. et al.* v. *United States* (32 Cust. Ct. 32, C. D. 1577), the claim of the plaintiffs was sustained.

**No. 58092.**—Herman Kaiser Pipe & Supply Co. and R. W. Smith et al. *v.* United States, protests 200955–K, etc. (Galveston).